[No. 13876. In Bank. — November 7, 1890.]

HENRY C. HYDE, RESPONDENT, *v.* ROBERT BOYLE
ET AL., DEFENDANTS. PIETRO PIETRONAVE ET
AL., APPELLANTS.

BILLS OF EXCEPTIONS — SETTLEMENT — JURISDICTION OF SUPREME COURT. —
The supreme court has no jurisdiction to remodel a bill of exceptions
generally, by striking matter out of it, etc., but the duty and power of
settling statements and bills of exceptions rest generally and properly in
the judge of the trial court, and the supreme court will not interfere
with such statement or bill except in the case of a refusal by the judge
to allow an exception.

PETITION to the Supreme Court for leave to prove an
exception. The facts are stated in the opinion of the
court.

*George H. Buck,* and *Edward Fitzpatrick,* for Petitioners.

*T. M. Osment,* for Respondent.

The COURT. — The petition in this case purports to be
one for leave to prove an exception, under section 652
of the Code of Civil Procedure; but it is really a petition
to remodel a bill of exceptions, settled and signed by the
judge of the trial court, by striking out certain things
therein contained. The power of this court in the prem-
ises is discussed in *Landers* v. *Landers,* 82 Cal. 480, and
other cases. The duty and power of settling statements
and bills of exceptions rest generally and properly in the
judge of the trial court. This court can interfere with
such statement or bill only in the cases provided by
statute; and the only case thus provided is found in said
section 652. But that section refers only to a case where
the judge has "refused to allow an exception." It does
not give this court jurisdiction to remodel a bill of ex-
ceptions generally, by striking matter out of it, etc., as
is prayed for in this petition. The power of this court
must be confined within the limits prescribed by the
code. The petition is denied.

PATERSON, J., concurred in the order denying the petition.

THORNTON J., and WORKS, J., did not participate in the decision.

Rehearing denied.